# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                     CASE NO.  3:99cr30-01/RV

RAMUL CELESTIN

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   November 28, 2006

Motion/Pleadings:   MOTION for the issuance of a Writ of Mandamus pursuant to Title 28 U.S.C. Section 1361

Filed by  Defendant                       on 11/02/2006          Doc.#      297

RESPONSES:

  Government                              on 12/1/06             Doc.# 300
                                          on                     Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

   s/Jerry Marbut
Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  7th   day of   December          , 2006, that:*

*(a) The relief requested is DENIED, for the reasons set out in the Government's response.*

*(b)* _____

   /s/ *Roger Vinson*

***ROGER VINSON***
***Senior United States District Judge***